■ GREENFIELD CONSTRUCTION COMPANY, INC., Respondent, v COUNTY OF MONROE et al., Appellants. — Order unanimously affirmed, with costs, for reasons stated at Special Term, John J. Conway, J. (Appeal from order of Supreme Court, Monroe County, John J. Conway, J., — preclusion.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE STEWART, Appellant. — Judgment, insofar as it imposes sentence, unanimously reversed, on the law, and otherwise judgment affirmed and defendant remanded to Niagara County Court for resentencing, in accordance with the following memorandum: In sentencing defendant as a second felony offender, it was improper to rely upon a predicate felony which postdated the instant offense (Penal Law, § 70.06, subd 1, par [b]; *People v Gillman,* 49 AD2d 951). Further, by his plea defendant waived his right to a determination of the *Huntley* hearing (see *People v Christy,* 92 AD2d 750). We have examined the remaining issues and find them to be without merit. (Appeal from judgment of Niagara County Court, DiFlorio, J. — manslaughter, first degree.) Present — Dillon, P. J., Green, O'Donnell, Moule and Schnepp, JJ.

■ BRONDY REAL ESTATE CO., INC., Appellant, v HYGRADE DISTRIBUTORS, INC., Respondent. — Order unanimously affirmed, with costs, for reasons stated in memorandum decision at County Court, La Mendola, J. (Appeal from order of Erie County Court, La Mendola, J. — recover real property.) Present — Dillon, P. J., Green, O'Donnell, Moule and Schnepp, JJ.